United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-26-619 |
| | § | |
| | § | |
| DARRELL SAMPSON, *et al*. | § | |

## ORDER

Defendant Darrell Sampson filed an unopposed motion for continuance, (Docket Entry No. 69). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 22, 2027 |
| Responses are to be filed by: | March 8, 2027 |
| Pretrial conference is reset to: | **March 15, 2027, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 22, 2027, at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final conference.

SIGNED on October 23, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge